McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL VINCENT ALVAREZ,<br><br>Defendant. | No. 1:17-CR-00261-DAD-BAM<br><br>ORDER DISMISSING PRELIMINARY ORDER OF FORFEITURE |

In consideration of the government's motion to dismiss the preliminary order filed herein (Doc. 17).

IT IS HEREBY ORDERED that the preliminary order of forfeiture filed on April 16, 2018 is dismissed without prejudice.

IT IS SO ORDERED.

Dated: **April 17, 2018**

_____
UNITED STATES DISTRICT JUDGE

Order Dismissing Preliminary Order of Forfeiture     1