| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>MICHAEL ALVAREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ALVAREZ,<br><br>Defendant. | Case No. 1:17-cr-00261-DAD-BAM<br><br>**STIPULATION AND ORDER<br>TO ADVANCE SENTENCING HEARING**<br><br>Date: May 7, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Michael Alvarez, that the sentencing hearing currently scheduled for May 21, 2018, at 10:00 a.m. may be moved to May 7, 2018, at 10:00 a.m.

This advancement of the court date is at the request of the defense as Mr. Alvarez is desirous of being sentenced as soon as possible. Additionally, all parties are in agreement as to the appropriate sentence in Mr. Alvarez's case and plan to submit on probation's recommendation. Counsel for the government, as well as the United States Probation Officer Megan Pascual, have no objection to the requested advancement.

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 30, 2018  /s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 30, 2018  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MICHAEL ALVAREZ

**O R D E R**

The sentencing as to Michael Alvarez currently scheduled for May 21, 2018, at 10:00 is advanced to May 7, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **April 30, 2018**

UNITED STATES DISTRICT JUDGE